IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-99-FL

| BRITTANY M. TOMLINSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| CHRISTOPHER S. KENNEDY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on failure by plaintiff to respond to the court's order of deficiency, entered March 8, 2023, with application to proceed without prepayment of fees or payment of $402.00, financial disclosure, civil cover sheet, notice of self-representation, and proper summons for issuance on defendant. The court warned that failure to respond within 14 days of the order's entry may result in dismissal of the action without prejudice. Where plaintiff did not respond, and the time for doing so has elapsed, the court DISMISSES WITHOUT PREJUDICE the instant action for failure to prosecute. The clerk is DIRECTED to close this case.

SO ORDERED, this the 1st of June, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge