UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRITTANY M. TOMLINSON                )
                Plaintiff,                )
v.                                                      )        **JUDGMENT**
                                     )        No. 5:23-CV-99-FL
CHRISTOPHER S. KENNEDY          )
                Defendant.             )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the clerk's deficiency notice and subsequent failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order  entered June 1, 2023  and for the  reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on June 1, 2023, and Copies To:**
Brittany M. Tomlinson (via US mail) 514 E. Benton St, Benson, NC 27504

June 1, 2023                              PETER A. MOORE, JR. CLERK

                                   /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk